DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BENJAMIN FINLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S. 91-0175-JAM |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO RELEASE DEFENDANT |
| v. ) | |
| ) | |
| BENJAMIN FINLEY, ) | |
| ) | Judge: Hon. John A. Mendez |
| Defendant. ) | |
| ) | |
| _____ ) | |

On May 4, 2010, defendant Benjamin Lloyd Finley, appeared before this court for an initial appearance on a Petition to Revoke the defendant's term of supervised release. After being advised of his rights, Mr. Finley admitted to charge one and the case was set for a Dispositional Hearing on May 25, 2010, at 9:30 a.m. At the request of the defendant, this court ordered that when a bed became available and when all the necessary paperwork was completed, that the defendant be released to the custody of the residential program, Turning Point C.C.C., in Bakersfield, California. All prior conditions of

1  Supervised Release remain in effect with a new special condition that
2  Mr. Finley have no contact with any child under the age of 18, without
3  the presence of an adult or guardian.
4
5       IT IS SO ORDERED.
6
7  DATED:    May 5, 2010                /s/ John A. Mendez
                                         JOHN A. MENDEZ
8                                        United States District Judge

-2-