| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case. No. 2:91-CR-0175-JAM |
| v. | ) | |
| | ) | |
| BENJAMIN LLOYD FINLEY | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee:   BENJAMIN LLOYD FINLEY
Detained at (custodian):

Detainee is:
- a.) (X) charged in this district by: ( ) Indictment ( ) Information (X) TSR Violation
  charging detainee with: 18 U.S.C. § 3553(a)- TSR Violation,
- or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ( ) return to the custody of detaining facility upon termination of proceedings
- or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on* **Tuesday, February 15, 2011 at 9:30 a.m.** *in the Eastern District of California.*

Signature: /s/ MICHELLE RODRIGUEZ
Printed Name & Phone No: MICHELLE RODRIGUEZ, Tel: 916-554-2700
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 11/17/2010

/s/ John A. Mendez
Hon. John A. Mendez
United States District Judge

Please provide the following, if known:

AKA(s) (if applicable):                Male
Booking or CDC #:   CDCR# AF2419        DOB: 1969
Facility Address:   Wasco State Prison (WSP)     Race: Black
        701 Scofield Avenue         FBI #: Unknown
        Wasco, California 93280
Facility Phone:   (661) 758-8400
Currently Incarcerated For:   Rape/Sex with a minor

**RETURN OF SERVICE**

Executed on _____ By: _____
                               (Signature)